NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

IVO LABAR (203492)
KELLY A. CORCORAN (260268)
KERR & WAGSTAFFE LLP
100 Spear Street, 18th Floor
San Francisco, CA 94105
Telephone: (415) 371-8500

ATTORNEYS FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA<br><br>Plaintiff(s),<br>v.<br><br>CORTERZ M. JOHNSON and ZEFERINO FARIAS, doing business as OPERATION REAP,<br>Defendant(s) | CASE NUMBER:<br><br>CV11-01905 CBM(SSx) | CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA | Plaintiff |
| CORTERZ M. JOHNSON | Defendant |
| ZEFERINO FARIAS | Defendant |
| OPERATION REAP | Defendant |

March 4, 2011
Date

Sign

Ivo Labar
Attorney of record for or party appearing in pro per

CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES