IVO LABAR (203492)
labar@kerrwagstaffe.com
KELLY A. CORCORAN (260268)
corcoran@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA 94105
Telephone: (415) 371-8500
Facsimile: (415) 371-0500

Attorneys for Plaintiff
NEIGHBORHOOD ASSISTANCE
CORPORATION OF AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CORTERZ M. JOHNSON and ZEFERINO FARIAS, doing business as OPERATION REAP,<br><br>          Defendants. | Case No. 2:11-CV-1905 CBM-SSX<br><br>**REQUEST TO ENTER DEFAULT** |

TO:   CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant Zeferino Farias on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.  Plaintiff served the complaint on defendant Zeferino Farias by hand on March 21, 2011, evidenced by the proof of service of summons on file with this Court.

The above-stated facts are set forth in the accompanying declaration of Kelly A. Corcoran, filed herewith.

DATED: April 15, 2011                    **KERR & WAGSTAFFE LLP**


By ___/s/_____
KELLY A. CORCORAN

Attorneys for Plaintiff
NEIGHBORHOOD ASSISTANCE
CORPORATION OF AMERICA