IVO LABAR (203492)
labar@kerrwagstaffe.com
KELLY A. CORCORAN (260268)
corcoran@kerrwagstaffe.com
**KERR & WAGSTAFFE LLP**
100 Spear Street, 18th Floor
San Francisco, CA 94105
Telephone: (415) 371-8500
Facsimile: (415) 371-0500

Attorneys for Plaintiff
NEIGHBORHOOD ASSISTANCE
CORPORATION OF AMERICA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CORTERZ M. JOHNSON and ZEFERINO FARIAS, doing business as OPERATION REAP, <br><br> Defendants. | Case No. 2:11-CV-1905 CBM-SSX <br><br> **DECLARATION OF KELLY A. CORCORAN IN SUPPORT OF REQUEST TO ENTER DEFAULT** |

I, Kelly A. Corcoran, hereby declare as follows:

1. I am an attorney licensed to practice before all of the courts in California. I am an associate of Kerr & Wagstaffe LLP, attorneys of record for Plaintiff Neighborhood Assistance Corporation of America. I have personal knowledge of the matters stated herein and if called upon would testify competently thereto.

2. The proof of service of summons on defendant Zeferino Farias is on file with the Court, docket # 5.

3. Defendant Zeferino Farias has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of April 2011.

_____/s/_____
Kelly A. Corcoran