1  IVO LABAR (203492)
   labar@kerrwagstaffe.com
2  KELLY A. CORCORAN (260268)
3  corcoran@kerrwagstaffe.com
   **KERR & WAGSTAFFE LLP**
4  100 Spear Street, 18th Floor
5  San Francisco, CA 94105
   Telephone: (415) 371-8500
6  Facsimile: (415) 371-0500
7
   Attorneys for Plaintiff
8  NEIGHBORHOOD ASSISTANCE
9  CORPORATION OF AMERICA

10            **UNITED STATES DISTRICT COURT**
11      **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORTERZ M. JOHNSON and ZEFERINO FARIAS, doing business as OPERATION REAP,<br><br>Defendants. | Case No. 2:11-CV-1905 CBM-SSX<br><br>**NOTICE OF ERRATA** |
|---|---|

Case No. 2:11-CV-1905 CBM-SSX                                    NOTICE OF ERRATA

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT Document Number 9 on the Docket was filed in error.  The document was filed under "Summons Returned Unexecuted" and should have been filed under "Service of Summons and Complaint Returned Executed (21 days)."

DATED: April 25 2011  **KERR & WAGSTAFFE LLP**

By ___/s/_____
KELLY A. CORCORAN

Attorneys for Plaintiff
NEIGHBORHOOD ASSISTANCE
CORPORATION OF AMERICA