Name & Address:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA <br><br> PLAINTIFF(S) <br> v. <br><br> CORTERZ M. JOHNSON and ZEFERINO FARIAS, doing business as OPERATION REAP, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **CV11-01905** CBM(SSx) <br><br><br> SUMMONS |

TO:   DEFENDANT(S): CORTERZ M. JOHNSON and ZEFERINO FARIAS, doing business as OPERATION REAP,

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Ivo Labar_____, whose address is _100 Spear Street, 18th Floor, San Francisco, CA 94105_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Dated: MAR - 4 2011

Clerk, U.S. District Court

By: JULIE PRADO
Deputy Clerk

(Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (12/07)                                              SUMMONS

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11-cv-1905 CBM-SSx

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Corterz M. Johnson, doing business as Operation REAP

was received by me on *(date)* 03/22/2011.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Pursuant to Fed. R. Civ. Proc. 4(e)(1), Cal. Code Civ. Proc. sections 415.20(b) and 416.90, during usual office hours I left the summons at the individual's office, with Bethany, receptionist, who was apparently in charge of that office, on April 14, 2011, and mailed a copy to the individual's last known address on that date.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 04/21/2011

*Server's signature*

Richard Steiber, California Process Server
*Printed name and title*

Speedy Process Service
P.O. Box 800182
Santa Clarita, CA 91380
*Server's address*

Additional information regarding attempted service, etc:

4/11/2011 at 3:57 pm: Not in per office personnel.
4/12/2011 at 9:30 am: Not it, works for this company but not here today.
4/13/2011 at 11:20 am: Not in per office receptionist.
4/14/2011 at 10:25 am: Not in, substitue service effected on receptionist.

Office address where served: 23332 Mill Creek Dr., #105, Laguna Hills, CA 92653