| ATTORNEY OR PARTY WITHOUT ATTORNEY: | FOR COURT USE ONLY |
|---|---|
| Ivo Labar, Esq.<br>KERR & WAGSTAFF, LLP<br>100 Spear Street, 18th. Floor<br>San Francisco, CA 94105<br><br>TELEPHONE NO.: (415) 371-8500<br><br>ATTORNEY FOR: Plaintiff | |
| UNITED STATES DISTRICT COURT, COUNTY OF<br>     BRANCH NAME: Central District | |
| PLAINTIFF: NEIGHBORHOOD ASSITANCE CORPORATION OF AMERICA<br>DEFENDANT: CORTERZ M. JOHNSON, et al | CASE NUMBER:<br>CV11-01905 CBM(SSX) |
| DECLARATION OF DUE DILIGENCE | Ref. No. or File No.: |

1. I, Richard Steiber, am at least 18 years of age and not a party to this action.

2. Documents to be served:

   SUMMONS, CIVIL COVER SHEET, COMPLAINT, CERTIFICATION AND NOTICE OF INTERESTED PARTIES, NOTICE OF ASSIGNMENT

3. Party to be served:

   CORTERZ M. JOHNSON, 23332 Mill Creek Drive, #105, Laguna Hills, CA 92653

4. Details of diligence:

   ```
   04/14/2011  10:25 am  Not in, substitute service effected on receptionist.
   04/13/2011  11:20 am  Not in per office receptionist.
   04/12/2011   9:30 am  Not in, works for this company but not here today.
   04/11/2011   3:57 pm  Not in per office personnel.
   ```

5. Person attesting to diligence:

   Name: Richard Steiber
   Firm: Speedy Process Service
   Address: P.O. Box 800182, Santa Clarita, CA 91380
   Telephone number: (661) 244-2854
   I am a registered California process server: independent contractor
   Registration No.: 1852
   County: Orange

   The fee for the service was: $_____

6. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: _____4-14-11_____

Richard Steiber
(PRINTED NAME)

▶ _____(signature)_____
(SIGNATURE)