1  IVO LABAR (203492)
2  labar@kerrwagstaffe.com
   KELLY A. CORCORAN (260268)
3  corcoran@kerrwagstaffe.com
4  **KERR & WAGSTAFFE LLP**
   100 Spear Street, 18th Floor
5  San Francisco, CA 94105
6  Telephone: (415) 371-8500
   Facsimile: (415) 371-0500
7
   Attorneys for Plaintiff
8  NEIGHBORHOOD ASSISTANCE
   CORPORATION OF AMERICA
9

10              **UNITED STATES DISTRICT COURT**

11       **CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION**

| | |
|---|---|
| 12  NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA, | Case No. 2:11-CV-1905 CBM-SSX |
| 13 | **NOTICE OF PARTIAL SATISFACTION OF JUDGMENT** |
| 14        Plaintiff, | |
| 15        v. | |
| 16  CORTERZ M. JOHNSON and ZEFERINO FARIAS, doing business as OPERATION REAP, | **Hon. Consuelo B. Marshall** |
| 17 | |
| 18 | |
| 19        Defendants. | |

# NOTICE OF PARTIAL SATISFACTION OF JUDGMENT

Pursuant to Local Rule 77-2, Plaintiff hereby provides notice to the Court that Defendant Corterz Johnson in the above-entitled action has partially satisfied his obligations under the judgment entered against him by the Court on March 29, 2012.

Satisfaction of the judgment is hereby acknowledged to the full extent of the monetary portion of the judgment ($390,619.52 plus any accrued interest and costs on that amount), and the Clerk of the Court is hereby authorized to cancel the judgment to that extent.

All non-monetary aspects of the judgment remain in full force and effect.

DATED: December 13, 2012            **KERR & WAGSTAFFE LLP**

By ____/s/_____
KELLY A. CORCORAN

Attorneys for Plaintiff
NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA